**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** |
| **JOSEPH MULVEY,** | ) ) | **NO. 06-40013-FDS** |
| Defendant. | ) ) | |

**ORDER RE: FORENSIC PSYCHIATRIC EXAM**
April 24, 2008

**HILLMAN, M.J.**

Tina Lusignolo, M.D., c/o Forensic Psychiatry Services, Beth Israel Deaconess Medical Center, Deaconess 1, Boston, Massachusetts 02215 (617)632-8404 is appointed by the court to do the following examination. Dr. Lusignolo shall prepare a psychiatric report which shall be filed with this Court under seal with copies mailed to Mr. Mulvey's counsel, Roger Witkin, Esquire, 6 Beacon Street, Suite 1010, Boston, Massachusetts 02108 and counsel for the Government, Assistant United States Attorney James F. Lang, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210.

The report shall include: (1) Mr. Mulvey's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests which were employed by the examiner and their results; (3) the examiner's findings; (4) the examiner's opinion as to whether Mr. Mulvey is currently a danger to himself or others and if so, whether there are any conditions which would offer reasonable assurance that he would not be a danger to himself or others and

whether an in-patient commitment is necessary in order to reasonably assure the safety of the defendant and the public.

Mr. Mulvey shall make himself available and shall cooperate fully with the examination. Failure to comply with this Order shall be a violation of Mr. Mulvey's conditions of release and shall subject him to contempt proceedings and/or revocation of the terms of his release.

The United States Attorneys shall pay all expenses incurred in connection with this examination.

                                                By the Court,

                                                /s/Timothy S. Hillman
                                                TIMOTHY S. HILLMAN
                                                MAGISTRATE JUDGE